FILED

12/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0451

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 20-0451

---

MARY-ANN YOUNG and AUTUMN ROSE a/k/a AUTUMN YOUNG,

      Petitioners and Appellants,

vs.

HAMMER, HEWITT, JACOBS & FLOCH, PLLC; HAMMER, QUINN & SHAW, PLLC; and JOHN DOES 1-10,

      Respondent and Appellee.

---

## GRANT OF EXTENSION

UPON CONSIDERATION of the Motion for Extension of Time of Petitioners/Appellants Mary-Ann Young and Autumn Rose a/k/a Autumn Young, and for good cause appearing,

IT IS HEREBY ORDERED that Petitioners/Appellants are granted an extension of time up to and including February 15, 2021 in which to prepare, file, and serve their opening brief on appeal.

-1-

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 29 2020